**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2358**

———————

THOMASINA C. LACEY,

            Plaintiff – Appellant,

      v.

HOME DEPOT U.S.A., INCORPORATED,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda Wright Allen, District Judge.  (2:11-cv-00521-AWA-DEM)

———————

Submitted: April 23, 2012            Decided:  May 1, 2012

———————

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomasina C. Lacey, Appellant Pro Se.  Hope B. Eastman, Arthur G. House, PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD, Bethesda, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomasina C. Lacey seeks to appeal the district court's order dismissing without prejudice her employment discrimination complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders. See 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because Lacey could amend her complaint to cure the defects identified by the district court, the order she seeks to appeal is interlocutory and not appealable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED